# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Dominique Powell, et al.

                     Plaintiff,

v.                                    Case No.: 1:22–cv–02085

                                        Honorable Franklin U. Valderrama

UPS Supply Chain Solutions, Inc.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 2, 2022:

       MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants Plaintiffs' unopposed motion for leave to file an amended complaint [10]. Plaintiffs are granted leave to file their first amended complaint as a separate docket entry via CM/ECF and shall do so by no later than 06/09/2022. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.