IN THE UNITED STATES DISTRICT COURT FOR THE \
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DOMINIQUE POWELL & WALTER GRAFER, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:22-cv-02085 |
| v. | ) ) ) | Hon. Franklin U. Valderrama |
| SNELLING EMPLOYMENT, LLC, a Delaware limited liability company; HQ SNELLING CORPORATION, a Delaware corporation, and HIREQUEST, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Dominique Powell and Walter Grafer ("Plaintiffs") hereby voluntarily dismiss this action without prejudice.

1. On March 17, 2022, Plaintiffs initiated this action in the Circuit Court of DuPage County, Illinois, asserting claims against UPS Supply Chain Solutions, Inc. ("UPS") under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1, *et seq*. ("BIPA").

2. On April 21, 2022, UPS removed the action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453. (Dkt. 1).

3. On May 31, 2022, prior to UPS' deadline to respond to Plaintiffs' Complaint, Plaintiffs filed a motion for leave to file an amended complaint substituting Snelling Employment, LLC, HQ Snelling Corporation, and Hirequest, Inc. for UPS as defendants, and dismissing UPS from this case. (Dkt. 10).

1

4. On June 2, 2022, the Court granted Plaintiffs' motion (Dkt. 11), and on June 9, 2022, Plaintiffs filed their First Amended Complaint. (Dkt. 12).

5. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without court order by filing a notice of dismissal before any defendant serves either an answer or motion for summary judgment. No defendant in this matter has filed an answer or served a motion for summary judgment.

6. Accordingly, Plaintiffs hereby voluntarily dismiss this action without prejudice as to all claims asserted by Plaintiffs and the putative class.

Dated: July 7, 2022                                             Respectfully submitted,

                                                                DOMINIQUE POWELL and WALTER GRAFER

                                                                By: /s/ Timothy P. Kingsbury
                                                                    *One of Plaintiffs' Attorneys*

Timothy P. Kingsbury
Andrew T. Heldut
Colin P. Buscarini
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
tkingsbury@mcgpc.com
aheldut@mcgpc.com
cbuscarini@mcgpc.com

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 7, 2022, I caused the foregoing *Plaintiffs' Notice of Voluntary Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Timothy P. Kingsbury