# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dominique Powell, et al.

                        Plaintiff,

v.                                                     Case No.: 1:22−cv−02085

                                                             Honorable Franklin U. Valderrama

Snelling Employment, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 4, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons listed in the motion and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed without prejudice. All pending motions and deadlines are stricken. Civil case terminated. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.